# United States Court of Appeals
### For the Eighth Circuit

_____

No. 17-1003
_____

Harriet M. Liedtke,

*Plaintiff - Appellant*,

v.

Ria Runningen; Timberland Partners; City of Burnsville; Matthew Smith;
Fairview Health Services; Dakota County; Angela Elwell; Joe Dalager,

*Defendants - Appellees*.
_____

Appeal from United States District Court
for the District of Minnesota - Minneapolis
_____

Submitted: September 5, 2017
Filed: September 8, 2017
[Unpublished]
_____

Before COLLOTON, BOWMAN, and BENTON, Circuit Judges.
_____

PER CURIAM.

Harriet M. Liedtke appeals the district court's[1] order dismissing her 42 U.S.C. § 1983 action. We have carefully considered the matters Liedtke raises on appeal, and we find no basis to overturn the district court's extensive and thoughtful opinion. *See* 8th Cir. R. 47B. The judgment is affirmed.

_____

[1]The Honorable John R. Tunheim, Chief Judge, United States District Court for the District of Minnesota, adopting the report and recommendations of the Honorable Hildy Bowbeer, Magistrate Judge for the District of Minnesota.